ABRAHAM H. BARASCHICK, Respondent, v. LEO RITTER et al., Appellants.

Reported below, 153 App. Div. 899.

(Submitted March 10, 1913; decided March 18, 1913.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 22, 1912, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for an alleged breach of contract.

The motion was made upon the grounds that the action was one to recover for breach of a contract specified in subdivision 2 of section 191 of the Code of Civil Procedure; that the decision of the Appellate Division was unanimous; that permission to appeal had not been obtained; that no question of law was involved, and that the exceptions were frivolous.

*Otto A. Samuels* for motion.

*Joseph Gans* opposed.

Motion denied, with ten dollars costs.